No. 84–773. BENDER ET AL. *v.* WILLIAMSPORT AREA SCHOOL DISTRICT ET AL., 475 U. S. 534. Motion of Bender et al. for leave to file petition for rehearing denied. Petition for rehearing denied.

MAY 20, 1986

No. A–891. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* ZEIGLER. Application of the Attorney General of Florida for an order to dissolve a stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE POWELL, and by him referred to the Court, denied.